**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | | |
|---|---|---|
| SCOTTY DUANE JACKSON, | : | |
| Petitioner, | : | |
| v. | : | 1:04-CR-15 (WLS) |
| UNITED STATES OF AMERICA, | : | |
| | : | 28 U.S.C. § 2255 |
| Respondent. | : | |
| _____ | : | |

**O R D E R**

Before the Court is a Report and Recommendation from United States Magistrate Judge G. Mallon Faircloth (Doc. No. 27), filed February 8, 2006. It is recommended that the Government's motion to dismiss (Doc. No. 25) be **GRANTED.** Petitioner, after notice and after filing a request for an extension of time to respond to said motion (Doc. No. 26), did not respond to the motion. Further, Petitioner did not file an objection to the recommendation.

Upon full consideration of the record, the Court finds that said Recommendation should be and hereby is, **ACCEPTED**, **ADOPTED** and made the order of this Court for reason of the findings and reasons set out therein. The Government's motion to dismiss (Doc. No. 25) is **GRANTED.** Accordingly, Petitioner's Motion to Vacate, Set Aside, or Correct Sentence (Doc. No. 21) is **DISMISSED**.

SO ORDERED, this   19th   day of October, 2006.

                                              /s/W. Louis Sands
                                            **W. Louis Sands, Judge
                                            United States District Court**